Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

JONATHAN BOTSFORD

    v.

COMMISSIONER OF SOCIAL SECURITY

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 20-CV-1374

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Plaintiff's Motion for Judgment on the Pleadings is Denied and the Defendant's Motion for Judgment on the Pleadings is Granted.

Date: October 26, 2022

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Jennifer V.
    Deputy Clerk